RONALD TYLER *v.* LAWRENCE TILGHMAN, WARDEN
(9454)

NORCOTT, CRETELLA and HEIMAN, Js.

Argued May 31—decision released June 25, 1991

*Edan F. Calabrese,* for the appellant (petitioner).

*Marjorie Allen Dauster,* deputy assistant state's attorney, with whom, on the brief, were *Walter D. Flanagan,* state's attorney, and *Christopher Alexy,* deputy assistant state's attorney, for the appellee (respondent).

PER CURIAM. The judgment is affirmed.